Argued June 21, affirmed June 21, petition for rehearing denied
July 27, petition for review denied October 5, 1971

## STATE OF OREGON, *Respondent, v.*
## MICHAEL NEWBERRY, *Appellant.*

485 P2d 1232

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*G. Eric Lonnquist,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.